UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                              Case No. 17 B 34882

    Linda M. Stevenson

    Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/21/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 02/15/2018.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$0.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$0.00**

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Abrams & Abrams, P.C. | Unsecured | 7,294.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 907.00 | NA | NA | 0.00 | 0.00 |
| Advocate Home Health Service | Unsecured | 1,196.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Allied Collection Svcs | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| Amerimark Premier | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Amerimark Premier | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 695.00 | NA | NA | 0.00 | 0.00 |
| Associated St James Radiologists | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Athletic & Therapeutic | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| Awareness, Inc. | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Bennett Heating & Air | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Bradley-Bourbonnais High School | Unsecured | 454.00 | NA | NA | 0.00 | 0.00 |
| C.B. U.S.A. | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| Calvin Bisping | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| Cash Net USA | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| Central Credit Services | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| ChexSystems Collections | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Chicago Sun Times | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Chicago Tribune | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| Collection Professionals Inc | Unsecured | 2,574.00 | NA | NA | 0.00 | 0.00 |
| Columbia House | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| Community Healthcare System | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| Continental Service Group | Unsecured | 2,115.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bureau | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bureau | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bureau | Unsecured | 688.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bureau | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |
| Daniel Trust Company | Unsecured | 334.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Day-Timer | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Ed/navient | Unsecured | 7,886.00 | NA | NA | 0.00 | 0.00 |
| Dr. James Martell | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Drive Financial | Unsecured | 19,000.00 | NA | NA | 0.00 | 0.00 |
| Eharlequin.com | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L | Unsecured | 783.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Co L | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| Felt & Lukes | Unsecured | 1,559.00 | NA | NA | 0.00 | 0.00 |
| Fidelity | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| FNCB | Unsecured | 13,665.00 | NA | NA | 0.00 | 0.00 |
| Francisan | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Franciscan Alliance | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Fullett Rosenlund Anderson | Unsecured | 10,968.00 | NA | NA | 0.00 | 0.00 |
| Gentile Healthcare | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Globe Life Insurance | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| Gm Financial | Unsecured | 14,220.00 | NA | NA | 0.00 | 0.00 |
| Golden Valley Lending | Unsecured | 1,855.00 | NA | NA | 0.00 | 0.00 |
| Guideposts | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| Harris | Unsecured | 1,125.00 | NA | NA | 0.00 | 0.00 |
| Heller & Frisone | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| HematoGenix | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| High Tech Medical Park | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ICS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Services | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department of Employment | Priority | 403.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Priority | 15,500.00 | NA | NA | 0.00 | 0.00 |
| Integrity | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 396.00 | 4,031.87 | 4,031.87 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 3,045.10 | 3,045.10 | 0.00 | 0.00 |
| Interstate Brands | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Kankakee Community College | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| LA FItness | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| LabCorp | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Liberty Mutual | Unsecured | 1,082.00 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 1,124.00 | NA | NA | 0.00 | 0.00 |
| Midwest Physician Group | Unsecured | 3,493.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections of America | Unsecured | 1,012.00 | NA | NA | 0.00 | 0.00 |
| Myhome | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| National Credit Adjusters | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| Navient | Unsecured | 11,287.00 | NA | NA | 0.00 | 0.00 |
| Newport News | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 4,031.00 | NA | NA | 0.00 | 0.00 |
| North Cash | Unsecured | 922.00 | NA | NA | 0.00 | 0.00 |
| North Shore Agency | Unsecured | 6.94 | NA | NA | 0.00 | 0.00 |
| Northland Group | Unsecured | 795.00 | NA | NA | 0.00 | 0.00 |
| Pain Specialists of Greater Chicago | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Pain Treatment Centers of IL | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Park Forest Chiropractic | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| Photo, Memories & More | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery | Unsecured | 771.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery | Unsecured | 765.00 | NA | NA | 0.00 | 0.00 |
| Prairie State | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| Proactive Customer Service | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| Pronger Smith | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Quest Diagnositcs | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| Quick Recovery | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| Radiology and Nuclear Consultants | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| Refuge Christian Counseling | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Rentoncoll | Unsecured | 394.00 | NA | NA | 0.00 | 0.00 |
| Riverside Medical Center | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 917.00 | NA | NA | 0.00 | 0.00 |
| Rodale | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| Ronald J. Hennings, PC | Unsecured | 1,914.00 | NA | NA | 0.00 | 0.00 |
| RPM | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| Sertoma Centre, Inc. | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| Shaffer & Associates | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| Skillpath Seminar | Unsecured | 1,418.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| The Ashton Drake Galleries | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| The Danbury Mint | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| The New York Times | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| University of St Francis | Unsecured | 2,735.00 | NA | NA | 0.00 | 0.00 |
| USA FUNDS/NAVIENT | Unsecured | 34,222.00 | NA | NA | 0.00 | 0.00 |
| Village of Matteson | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| Wolters Kluwer | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| XFINITY | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,031.87 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$4,031.87** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$3,045.10** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/03/2018                              By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**